William B. FALTESEK and Bobby E. Turner, Appellants,

v.

The STATE of Texas, Appellee (six cases).

Nos. 27757–27762.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

No appearance for appellants.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery by assault is the offense; the punishment, 12 years each in the penitentiary.

■ Accompanying the record is the affidavit of appellant, Bobby E. Turner, requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

■ The record as to appellant, William B. Faltesek, contains no statement of facts, or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Carol Joseph McCLEOD, Appellant,

v.

The STATE of Texas, Appellee.

No. 27912.

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

No appearance for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possession of marijuana is the offense; the punishment, 2 years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.